THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In 
 the Interest of Eddie S. and Joseph S., both being minors under 
 the age of seventeen, Appellants.
 
 
 

Appeal From Barnwell County
 Barry W. Knobel, Family Court Judge
Unpublished Opinion No.  2008-UP-022
Submitted January 2, 2008  Filed January
 10, 2008
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz III, South Carolina Commission, of
 Columbia, for Appellants.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Barbara R. Morgan,
 of Aiken, for Respondent.
 
 
 

PER CURIAM:  Joseph
 and Eddie S. (the Brothers) appeal their conviction for criminal sexual conduct
 with a minor.  The Brothers argue the judge erred by allowing the Solicitor to
 question them regarding their right to remain silent.  The Brothers counsel
 attached a petition to be relieved, stating he reviewed the record and
 concluded this appeal lacks merit.  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss
 the Brothers appeal and grant counsels motion to be relieved.[1]  
APPEAL DISMISSED.
ANDERSON, SHORT AND WILLIAMS JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.